# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

_____

## No. 201800049

_____

## UNITED STATES OF AMERICA
Appellee

v.

## JAMISIN D. MARSHALL
Private First Class (E-2), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Forrest W. Hoover, USMC.
Convening Authority: Commanding Officer, 2d Marine Regiment, 2d
Marine Division, Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Keith A.
Parrella, USMC.
For Appellant: Lieutenant Commander Derek C. Hampton, JAGC,
USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 5 June 2018

_____

Before MARKS, JONES, and KOVAC, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court